**June BRYANT–BUNCH,**
**Plaintiff–Appellant,**

v.

**Theodis BECK, Secretary of Prison; J. Boyd Bennett, Director of Prison; Robert Smith, Superintendent of Eastern Correctional Institution; Larry Dial, Assistant Superintendent of Eastern Correction Institution; Michael F. Easley, Governor and former Attorney General; Roy Cooper, Attorney General of North Carolina, Defendants–Appellees.**

No. 06–2216.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 19, 2007.

June Bryant–Bunch, Appellant Pro Se. Buren Riley Shields, III, Joseph Finarelli, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

June Bryant–Bunch seeks to appeal the district court's order vacating its previous order directing an inquiry into the "willingness of qualified counsel" to represent Bryant–Bunch in her civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bryant–Bunch seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*